Patrick J. Wingfield, Esq. SBN 264140
**SKAJA | DANIELS | LISTER | PERMITO LLP**
960 Canterbury Place, Ste. 100
Escondido, CA 92025
760.781.3464 *Tel*
760.781.3484 *Fax*
Carl@sdlplaw.com

Counsel for Plaintiffs Jason R. Lund, and Christina L. Lund

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON R. LUND, and CHRISTINA L. LUND<br><br>     Plaintiffs,<br><br>vs.<br><br>MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., FIRST FRANKLIN FINANCIAL CORP., T.D. SERVICE COMPANY, ALLIANCE TITLE; ANI MORTGAGE; JEFF LARABEE; and DOES 1 through 20;<br><br>     Defendants | Case No: 5:10-CV-00712-RGK-(OPx)<br><br>RSC Case No.: RIC 100007561<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE OF PLAINTIFFS' COMPLAINT (JS-6)** |

Having considered the Joint Motion of the parties to dismiss this action pursuant to FRCP 41(a)(1)(A)(ii) and finding good cause therefore, this Court hereby orders as follows:

The Joint Motion of the parties to dismiss Plaintiff's claims with prejudice as to Defendant JEFF LARABEE is hereby granted. Pursuant to FRCP 41(a)(1)(A)(ii), the Plaintiff's claims are hereby dismissed with prejudice as to Defendant JEFF LARABEE and Plaintiff's entire case is dismissed with prejudice. Each party shall bear its own respective legal fees,

1 litigation expenses and costs; except as may otherwise be provided for by settlement
2 agreement between the parties.

5 Dated:        August 31, 2010                    _____
                                                    HONORABLE R. GARY KLAUSNER
                                                    UNITED STATES DISTRICT COURT JUDGE